**Hon. Ronald B. Leighton**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT A. SHOBERG, | No. 3:18-cv-06009-RBL |
| Plaintiff, | ANSWER TO COMPLAINT |
| vs. | |
| GRAYS HARBOR COUNTY, et al, | |
| Defendants. | |

In answer to plaintiff's Complaint, defendants admit, deny and allege as follows:

In answer to the introduction, defendants admit that Robert A. Shoberg is the plaintiff in this action, represented by attorney Scott A. Campbell, and deny the remaining allegations in said paragraph.

## I. JURISDICTION

1.1   In answer to paragraph 1.1, defendants deny the same.

## II. VENUE

2.1   In answer to paragraph 2.1, defendants deny same.

## III. PARTIES

3.1   In answer to paragraph 3.1, defendants admit the same.

3.2   In answer to paragraph 3.2, defendants admit Grays Harbor County is a political subdivision of the state of Washington, and deny the remaining allegations in said paragraph.

**ANSWER TO COMPLAINT - 1**

**Cause No.: 3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

3.3 In answer to paragraph 3.3, defendants admit the same, but deny the Grays Harbor County Board of Commissioners possesses the legal capacity to be sued.

3.4 In answer to paragraph 3.4, defendants deny the same, and deny that the Grays Harbor Drug Task Force possesses the legal capacity to be sued.

3.5. In answer to paragraph 3.5, defendants admit the same.

## IV. FACTS

4.1 In answer to paragraph 4.1, defendants admit the same.

4.2 In answer to paragraph 4.2, defendants admit the same, with the exception that the date of receipt of Notice by plaintiff was November 1, 2018.

4.3 In answer to paragraph 4.3, defendants admit the same, and allege that no compensation is due.

4.4 In answer to paragraph 4.4, defendants deny the same, and deny that the paragraph contains a complete statement of the grounds authorizing seizure and forfeiture of property under RCW 10.105.010 or other applicable statutes.

## V. DEPRIVATION OF RIGHTS (42 U.S.C. § 1983) TAKINGS CLAUSE

5.1 In answer to Paragraph 5.1, defendants re-allege the answers to paragraphs 1.1 through 4.4 above and incorporate them herein by this reference as if fully set forth.

5.2 In answer to paragraph 5.2, defendants deny the same.

5.6 (sic) In answer to paragraph 5.6 (sic), defendants deny the same.

5.7 (sic) In answer to paragraph 5.7 (sic), defendants deny the same.

## VI. RELIEF REQUESTED

6.1-.6 In answer to paragraphs 6.1-.6, defendants deny that plaintiff is entitled to any of the relief sought therein.

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, defendants allege:

**ANSWER TO COMPLAINT - 2**

**Cause No.: 3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1.    That plaintiff failed to comply with RCW 4.96.020, to the extent damages are sought under state law.

2.    That plaintiff failed to comply with the service of process requirements of RCW 10.105.010(5) or RCW 69.50.505(5) for removal of the forfeiture claims, and failed to remove them to the court granted jurisdiction by those statutes.

3.    That plaintiff has failed to state a claim upon which relief can be granted.

4.    That plaintiff lacks standing to bring the claims stated.

5.    That the Grays Harbor County Board of Commissioners and Grays Harbor Drug Task Force lack the legal capacity to be sued.

6.    That the injuries and damages, if any, claimed by plaintiff were proximately caused or contributed to by plaintiff's own fault and/or intentional misconduct, and/or the fault and/or intentional misconduct of third parties.

Defendants expressly reserve the right to amend this Answer including by adding affirmative defenses which are warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at trial.

WHEREFORE, defendants pray that plaintiff's Complaint be dismissed with prejudice, and that plaintiff take nothing by his Complaint, and that defendants be allowed their costs and reasonable attorneys' fees herein.

DATED this 14th day of December, 2018.

                LAW, LYMAN, DANIEL,
                KAMERRER & BOGDANOVICH, P.S.

                */s/ Guy Bogdanovich*
                Guy Bogdanovich, WSBA № 14777
                Attorney for Defendants
                PO Box 11880
                Olympia WA 98508-1880
                (360) 754-3480  Fax: (360) 357-3511
                Email: gbogdanovich@lldkb.com

**ANSWER TO COMPLAINT - 3**

**Cause No.: 3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the United States of America and the State of Washington that on the date specified below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will result in service upon plaintiff as follows:

Scott A. Campbell: scott @graysharborattorney.com

Dated this 14th day of December, 2018 at Tumwater, Washington.

*s/ Marry Marze*
_____
Marry Marze
Legal Assistant to Guy Bogdanovich

**ANSWER TO COMPLAINT - 4**

**Cause No.: 3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*