Hon. Ronald B. Leighton

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| **ROBERT A. SHOBERG,** <br><br> Plaintiff, <br><br> vs. <br><br> **GRAYS HARBOR COUNTY, et al,** <br><br> Defendants. | No. 3:18-cv-06009-RBL <br><br> **STIPULATED MOTION TO LIFT STAY OF PROCEEDING, AND [PROPOSED] ORDER** <br><br> NOTE ON MOTION CALENDAR: **January 9, 2020** |

## I.  RELIEF REQUESTED

COME NOW the parties to this action, by and through counsel of record, and hereby file this stipulated motion pursuant to LCR 10(g) and LCR 7(d)(1) seeking an order lifting the stay of this proceeding.

## II.  GROUNDS FOR LIFTING OF STAY

Since entry and filing of the Stipulated Motion to Stay Proceeding, and Order in this matter (Dkt. 11), the parties have been unsuccessful in their attempts to resolve the property forefeiture claims, and plaintiff intends to pursue his federal claims.  The parties therefore now seek an order lifting the stay of this proceeding.

///

///

///

**STIPULATED MOTION TO LIFT STAY OF PROCEEDING, AND [PROPOSED] ORDER** – 1

Cause No.:  **3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

### III. CONCLUSION

For the reasons set forth above, the parties respectfully request that the Court enter an order lifting the stay in this proceeding, allowing the case to proceed in the normal course of events for civil matters in this Court.

Dated this 9th day of January, 2020.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

By     /s/ Guy Bogdanovich
Guy Bogdanovich, WSBA #14777
P.O. Box 11880
Olympia, WA 98508
Office: (206) 754-3480
Email: gbogdanovich@lldkb.com
Attorney for Defendants

KATHERINE l. SVOBODA,
Prosecuting Attorney for Grays Harbor County

By     /s/ Jennifer L. Wieland
Jennifer L. Wieland, WSBA #12141
Senior Deputy Prosecuting Attorney
102 W. Broadway Avenue, Room 102
Montesano, WA 98563
Office: (360)249-3951
Email: jwieland@grays-harbor.wa.us
Attorney for Defendants

INGRAM, ZELASKO & GOODWIN, LLP

By     /s/  Scott A. Campbell
Scott A. Campbell, WSBA #19595
115 S. 1st Street
Montesano, WA 98563
Office: (360)249-8482
Email: scott@graysharborattorney.com
Attorney for Plaintiff

**STIPULATED MOTION TO LIFT STAY OF PROCEEDING, AND [PROPOSED] ORDER** – 2

Cause No.: **3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511*

# [PROPOSED] ORDER

Having considered the Stipulated Motion above, the Court hereby orders that the stay entered and filed in this matter (Dkt. 11) is hereby lifted, and the case shall hereafter proceed in the normal course of events for civil matters in this Court.

**IT IS SO ORDERED.**

DATED this _____ day of January, 2020.

_____
Ronald B. Leighton
United States District Judge

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

By   */s/ Guy Bogdanovich*
Guy Bogdanovich, WSBA #14777
P.O. Box 11880
Olympia, WA 98508
Office: (206) 754-3480
Email: gbogdanovich@lldkb.com
Attorney for Defendants

KATHERINE l. SVOBODA,
Prosecuting Attorney for Grays Harbor County

By   */s/ Jennifer L. Wieland*
Jennifer L. Wieland, WSBA #12141
Senior Deputy Prosecuting Attorney
102 W. Broadway Avenue, Room 102
Montesano, WA 98563
Office: (360)249-3951
Email: jwieland@grays-harbor.wa.us
Attorney for Defendants

**STIPULATED MOTION TO LIFT STAY OF PROCEEDING, AND [PROPOSED] ORDER** – 3

**Cause No.:** **3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

INGRAM, ZELASKO & GOODWIN, LLP

By     /s/ Scott A. Campbell
Scott A. Campbell, WSBA #19595
115 S. 1st Street
Montesano, WA 98563
Office: (360)249-8482
Email: scott@graysharborattorney.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury, under the laws of the United States of America and the State of Washington that on the date specified below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system who will deliver the same to the parties as follows:

<u>Plaintiff:</u>

Scott A. Campbell, scott@graysharborattorney.com

<u>Defendants' Co-Counsel</u>:

Jennifer L. Wieland, jwieland@co.grays-harbor.wa.us

Dated this 9th day of January, 2020 at Tumwater, Washington.

                    /s/Lisa Gates
                    Lisa Gates
                    Legal Assistant to Guy Bogdanovich

**STIPULATED MOTION TO LIFT STAY OF PROCEEDING, AND [PROPOSED] ORDER** – 4

Cause No.: **3:18-cv-06009-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511