Hon. Barbara J. Rothstein

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **ROBERT A. SHOBERG,** | No. 3:18-cv-06009-BJR |
| **Plaintiff,** | NOTICE OF SETTLEMENT |
| vs. | |
| **GRAYS HARBOR COUNTY, et al,** | |
| **Defendants.** | |

COME NOW the parties to this action by and through counsel of record, pursuant to section V of the Standing Order for All Civil Cases on file herein (Dkt. 19), and hereby notify the Court that all claims advanced by plaintiff against defendants have been settled. The parties anticipate a Stipulation and [Proposed] Order of Dismissal will be filed within two weeks.

Dated this 8th day of September, 2020.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

By  */s/ Guy Bogdanovich*
Guy Bogdanovich, WSBA #14777
P.O. Box 11880
Olympia, WA 98508
Office: (206) 754-3480
Email: gbogdanovich@lldkb.com
Attorney for Defendants

**NOTICE OF SETTLEMENT** – 1

Cause No.: **3:18-cv-06009-BJR**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

| | |
|---|---|
| 1 | KATHERINE L. SVOBODA, |
| 2 | Prosecuting Attorney for Grays Harbor County |
| 3 | By      */s/ Jennifer L. Wieland*<br>Jennifer L. Wieland, WSBA #12141 |
| 4 | Senior Deputy Prosecuting Attorney<br>102 W. Broadway Avenue, Room 102 |
| 5 | Montesano, WA 98563<br>Office: (360)249-3951 |
| 6 | Email: jwieland@grays-harbor.wa.us<br>Attorney for Defendants |
| 7 | CAMPBELL LAW FIRM, INC., P.S. |
| 8 | By      */s/  Scott A. Campbell* |
| 9 | Scott A. Campbell, WSBA #19595<br>115 S. 1st Street |
| 10 | Montesano, WA 98563<br>Office: (360)249-8482 |
| 11 | Email: scott@graysharborattorney.com<br>Attorney for Plaintiff |

**NOTICE OF SETTLEMENT** – 2

Cause No.: **3:18-cv-06009-BJR**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

# CERTIFICATE OF SERVICE

I certify, under penalty of perjury, under the laws of the United States of America and the State of Washington that on the date specified below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system who will deliver the same to the parties as follows:

<u>Plaintiff:</u>

Scott A. Campbell, scott@graysharborattorney.com

<u>Defendants' Co-Counsel</u>:

Jennifer L. Wieland, jwieland@co.grays-harbor.wa.us

Dated this 8th day of September, 2020 at Tumwater, Washington.

        /s/Lisa Gates
Lisa Gates
Legal Assistant to Guy Bogdanovich

**NOTICE OF SETTLEMENT** – 3

**Cause No.:** **3:18-cv-06009-BJR**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*