Hon. Barbara J. Rothstein

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT A. SHOBERG, | No. 3:18-cv-06009-BJR |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| vs. | |
| GRAYS HARBOR COUNTY, et al, | |
| Defendants. | |

## STIPULATION

COME NOW the parties to this action, by and through counsel of record, and stipulate that the above-entitled action may be dismissed with prejudice, all claims having been settled among the parties.

Dated this 9th day of September, 2020.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

By  */s/ Guy Bogdanovich*
Guy Bogdanovich, WSBA #14777
P.O. Box 11880
Olympia, WA 98508
Office: (206) 754-3480
Email: gbogdanovich@lldkb.com
Attorney for Defendants

**STIPULATION AND ORDER OF DISMISSAL – 1**

Cause No.: **3:18-cv-06009-BJR**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

1  KATHERINE L. SVOBODA,
   Prosecuting Attorney for Grays Harbor County
2
3  By     /s/ Jennifer L. Wieland
   Jennifer L. Wieland, WSBA #12141
4  Senior Deputy Prosecuting Attorney
   102 W. Broadway Avenue, Room 102
5  Montesano, WA 98563
   Office: (360)249-3951
6  Email: jwieland@grays-harbor.wa.us
   Attorney for Defendants

7  CAMPBELL LAW FIRM, INC., P.S.

8  By     /s/ Scott A. Campbell
   Scott A. Campbell, WSBA #19595
9  115 S. 1st Street
   Montesano, WA 98563
10 Office: (360)249-8482
   Email: scott@graysharborattorney.com
11 Attorney for Plaintiff

## ORDER

Having considered the Stipulation above, the Court hereby orders that the Complaint for Return of Personal Property on file in this action (Dkt. 1-2) be and the same is hereby DISMISSED, with prejudice.

DATED this 14th day of September, 2020.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

**STIPULATION AND ORDER OF DISMISSAL** – 2

Cause No.: **3:18-cv-06009-BJR**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

1 | Presented by:

2 | LAW, LYMAN, DANIEL,
3 | KAMERRER & BOGDANOVICH, P.S.

4 | By  */s/ Guy Bogdanovich*
Guy Bogdanovich, WSBA #14777
5 | P.O. Box 11880
Olympia, WA 98508
6 | Office: (206) 754-3480
Email: gbogdanovich@lldkb.com
7 | Attorney for Defendants
KATHERINE L. SVOBODA,
8 | Prosecuting Attorney for Grays Harbor County

9 |

10 | By  */s/ Jennifer L. Wieland*
Jennifer L. Wieland, WSBA #12141
Senior Deputy Prosecuting Attorney
11 | 102 W. Broadway Avenue, Room 102
Montesano, WA 98563
12 | Office: (360)249-3951
13 | Email: jwieland@grays-harbor.wa.us
Attorney for Defendants

14 |

15 | CAMPBELL LAW FIRM, INC., P.S.

16 | By  */s/ Scott A. Campbell*
Scott A. Campbell, WSBA #19595
17 | 115 S. 1st Street
Montesano, WA 98563
18 | Office: (360)249-8482
Email: scott@graysharborattorney.com
19 | Attorney for Plaintiff

20 |
21 |
22 |
23 |
24 |
25 |
26 |

**STIPULATION AND ORDER OF DISMISSAL** – 3

Cause No.: **3:18-cv-06009-BJR**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511